26 A.3d 473

COMMONWEALTH of Pennsylvania, Respondent

v.

James HANTON, Petitioner.

No. 7 EM 2011.

Supreme Court of Pennsylvania.

Aug. 1, 2011.

## ORDER

PER CURIAM.

**AND NOW,** this 1st day of August, 2011, the Application for Relief per Pa.R.A.P. 123 is **DENIED.**

26 A.3d 473

John BERRY, Petitioner

v.

Pamela Pryor DEMBE, Respondent.

No. 6 EM 2011.

Supreme Court of Pennsylvania.

Aug. 1, 2011.

## ORDER

PER CURIAM.

**AND NOW,** this 1st day of August, 2011, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus is **DENIED.** The Prothonotary is directed to strike the name of the jurist from the caption.